## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BANK MIDWEST, A DIVISION**<br>**OF NBH BANK,**      ) | |
| ) | |
| **Plaintiff,**      ) | **Case No. 19-02560-CM-GEB** |
| ) | |
| **v.**      ) | |
| ) | |
| **R. F. FISHER ELECTRIC**      ) | |
| **COMPANY, LLC; R. F.**      ) | |
| **FISHER HOLDINGS, INC.;**      ) | |
| **AND G & G LEASING, LLC,**      ) | |
| ) | |
| **Defendants.**      ) | |

## FIRST REPORT OF THE RECEIVER DATED NOVEMBER 26, 2019

**ORDER**

Michael L. Staheli, Managing Director of Cordes & Company, was appointed Receiver of the assets of the Defendants (collectively referred to as "RFF" or the "Company") through a court order granted on September 23, 2019 (the "Order"). The assets served as the collateral for loans made by the Plaintiff, Bank Midwest (the "Secured Lender" or "NBH") to RF Fisher.

**BACKGROUND**

RFF released all employees and terminated operation on September 16, 2019, when it was unable to fund payroll obligations to its employees. All directors and officers resigned as of that date. The Receiver was appointed to collect and liquidate RFF assets for the benefit of the Company's creditors. While the Order wasn't issued until September 23rd, the Receiver and the Plaintiff worked together to change the locks on all buildings and secure the assets of the Company on September 17 and 18. On visual inspection of the RFF office and warehouse on September

17th, it was apparent that most computers, printers and electronics of value were missing from the office building and some office equipment, tools and inventory items had been removed from the warehouse. These items were likely removed by employees who were owed for several days' pay by RFF when it closed. The office computers and electronics had negligible value.

**ASSETS CONTROLLED BY THE RECEIVER**

The RFF assets that have come into the control of the Receiver can be summarized as follows (collectively referred to herein as "RFF Assets"):

- <u>Real Estate Assets:</u>  The real estate assets of the receivership estate are comprised of (i) a 8,408 square foot building (circa 1926) located at 1707 W. 39th Avenue, Kansas City, KS utilized by RFF as its office building ("RFF Office Building"); and, (ii) a 21,600 square foot industrial building (circa 1950) located at 3033 Roanoke Road, Kansas City, MO utilized by RFF a warehouse for vehicle repair and storage of tools and supplies ("RFF Warehouse").

- <u>Account Receivable</u>.  The accounts receivable on the books and records of RFF contains a record of customer obligations to the Company for work that was performed under service contracts ("Service Work") and contracts for work on new construction and remodel projects ("Contract Work") through September 8, 2019. There is an incomplete record for work performed during the week of September 9th.  At the time of appointment, the calculated accounts receivable for Service Work and Contract Work totaled approximately $5.4 million.  However, this figure is subject to revision as more is learned about actual work performed and offsets for unpaid suppliers and contract default penalties are included.  Much of this asset category ($2.15 million) is owed by one customer under

2

a contract on Loews Hotel/Kansas City Convention Center ("Loews Project").  A summary of accounts receivable by customer is shown in **Exhibit A**, attached herewith.

- <u>Personal Property</u>.  The personal property assets of the receivership include (i) all trade tools, equipment, and inventories that were present in the RFF Warehouse on the date of appointment, (ii) all furnishings, files and data servers residing in the RFF Office, (iii) and all tools and equipment collected from customer projects during the past eight weeks.

- <u>Vehicles & Trailers.</u>  Upon appointment, the Receiver recovered a list of company vehicles showing a total of fifty-five (55) trucks and service vans being utilized by the company on the date of closure.  According to the list, forty-five (45) of these vehicles were leased from Ford Motor Credit and Enterprise Leasing under master contracts.   The Receiver has worked with the lessees to ensure the proper recovery of vehicles and has recovered 14 vehicles RFF that appear to be owned by RFF free of liens. A schedule of these vehicles is attached herewith as **Exhibit B**.  All but four titles for these vehicles are in the files of the RFF.  The Receiver has filed for replacement titles for the remaining four trucks.  Additional storage, utility and office trailers of negligible value have also been recovered.

**TAKEOVER ACTIVITIES OF THE RECEIVER**

The Receiver has been diligently working to secure and protect the RFF Assets since the date of appointment.  The following is a brief summary of some of the activities involved in this effort.

<u>Insurance.</u>   Receiver was able to retain the pre-existing property insurance coverage of RFF through Dec. 31, 2019.  All other insurance policies previously held by RFF, including

automobile, general liability, employer's liability, professional liability, and workers comp, were not assumed by the Receiver due to the high unpaid premium liabilities to the insurance premium finance company. The Receiver obtained new general liability insurance for the two premises held by the Receiver and basic automobile coverage for those vehicles that might be used in the collection of personal property.

Recovery of Data. Two consultants were retained under independent contractor agreements to assist the Receiver in the recovery and production of files and data necessary to work on the collection of accounts receivable. The Receiver has been able to access the financial and project management software utilized by RFF and generate invoices for services rendered through the date of closure. All outside access to the servers was terminated to prevent tampering by former RFF employees.

Assistance from Former Employees. Senior management was very effective in portraying NBH as the reason for the company's demise and inability to pay its employees. As a result, very few of the former RFF employees have been willing to cooperate with the Receiver in its asset recovery and receivables collection efforts. Nevertheless, the Receiver has retained three former RFF employees as independent contractors to assist in its activities.

Bank Account and New Tax ID Number. The Receiver has obtained a tax identification number from the IRS that is linked to RFF and has opened an operating account with Bank Midwest to receive funds and pay expenses.

Legal Counsel. The Receiver has retained Levy Craig Law Firm as legal counsel to assist in the collection of outstanding receivables and represent the Receiver in enforcing its rights under construction agreements on the Loews Hotel project and other projects.

Vendor Notification. On October 7, 2019, all vendors were notified of the closure of RFF

4

and the appointment of the Receiver.  All were invited to submit claims.

Utilities.  The utility services to the RFF Office and RFF Warehouse have been switched over into the Receiver's name.

Securing Premises.  As mentioned earlier, the Receiver hired a locksmith to re-key all exterior doors of the RFF Office and RFF Warehouse to secure the buildings and personal property assets contained therein.

Access to Financial Records.  The Receiver has cooperated with Local Union No. 124 IBEW to audit RFF payroll data to quantify RFF's unfunded benefits obligations and payroll liabilities.  Access has also been granted to the NHB auditors for the review of historic RFF financial reports and supporting information.

Post Office Box.  All the correspondence with the Company and receipt of checks came through a PO Box located near the RFF Office.  On September 23, the Receiver closed this PO Box and forwarded all mail to the Receiver's address at 5299 DTC Blvd., Suite 600, Greenwood Village, CO  80111.


**LIQUIDATION OF ASSETS**

Personal Property.  The Receiver interviewed auction companies and on November 11, 2019 signed an agreement with Mayo Auction & Realty, Inc. ("Mayo") to organize all personal property and liquidate it through an on-line auction.   Because of the complexity and size of this auction, Mayo will require several weeks to photograph and catalogue the personal property.  This work will occur during December and early January.  It is anticipated that the auction will conclude during the week of February 10, 2020.  Mayo is also responsible for disposing of all unsold materials at the conclusion of the auction.  A copy of the Receiver's contract with Mayo is available

5

upon request.

    <u>Vehicles.</u>  The Receiver sold one vehicle (a 2013 Ford F-150 truck) in September for $6,000.  It is contemplated that the remaining vehicles and trailers will be liquidated by Mayo during the personal property auction to increase interest and participation in the auction.

    <u>Real Estate.</u>  Under the supervision of NBH, the Receiver will retain a real estate broker to market and sell the RFF Office and RFF Warehouse.  Any sale contracts will be subject to the approval of the mortgage holder, NBH, and this Court.   In preparation for this, the Receiver and contracted laborers are cleaning all trash, debris and unnecessary RFF files from the RFF Office building.  Any paper documents needed for the receivables collections effort or enforcement of construction agreements will be preserved.


**COLLECTION OF RECEIVABLES**

    It took several weeks for the Receiver to hire software consultant Barbara Wilkerson (of Distinct Business Solutions) and Mark Kratzberg (of Proactive Networking) and then work through the information necessary to commence the collection of outstanding receivables. Fortunately, both consultants had specific familiarity with RFF, having worked for RFF during the past few years.  Susan Hult, a former RFF employee who assisted the company with collections, was also hired to assist.   Wilkerson updated billable amounts with work performed through September 8th.  The work occurring during the week of September 9th was incomplete and partially recovered.  Letters from Levy Craig notifying customers of the appointment of a Receiver and demanding payment for the outstanding balance of invoices, were generated for each customer and mailed out on October 17, 2019.

    The Receiver is working with customers to prove and collect on RFF invoices and assess

6

offsetting claims from suppliers and vendors who would lien customer property for non-payment. This work is ongoing and will last several months due to its complexity.  Recovery of receivables for Contract Work is especially challenging given the penalties to RFF for contract default.

From the appointment date to October 31, 2019, the Receiver collected $257,946.81 of accounts receivable.  As of the date of this report, the total collections have been $393,257.94.  In addition to this amount, the Receiver and NBH were able to capture an additional $54,057.51 in checks and ACH transfers from the date of RFF Closure to the Receiver's appointment date. These funds were deposited into the RFF bank account and credited against the large negative balance there.

## RECEIVER FINANCIAL ACTIVITIES

The Receiver maintains cash-basis financial statements that reflect the cash receipts and disbursements that flow through the receivership estate for the period in question.  The following financial reports are attached herewith as exhibits.

Exhibit C        Balance Sheet as of October 31, 2019

Exhibit D        Statement of Income and Expenses by Month
                 as of October 31, 2019

Additional financial information is available to the parties to the matter upon request.  The financial reports reflect an advance of $12,116.01 on October 3, 2019 from NBH to cover the initial insurance and consulting expenses of the Receiver.

7

**RECEIVER FEES & COSTS**

The Receivers fees and expenses for September and October 2019 totaled $82,725.28, as shown in the invoices attached herewith as **Exhibit E**.

Respectfully submitted this 26th day of November 2019

Michael L. Staheli, Receiver
Cordes & Company
5299 DTC Blvd., Suite 600
Greenwood Village, CO  80111
(303) 796-1130

Schedule of Exhibits:

| | |
|---|---|
| Exhibit A | Summary of Accounts Receivable by Customer |
| Exhibit B | Schedule of Vehicles in Receivership |
| Exhibit C | RF Fisher in Receivership Financial Balance Sheet as of October 31, 2019 |
| Exhibit D | RF Fisher in Receivership Income Statement as of October 31, 2019 |
| Exhibit E | Receiver Invoices for September & October 2019 |

8

**EXHIBIT A**

**SUMMARY OF ACCOUNTS RECEIVABLE BY CUSTOMER**

**RF FISHER ELECTRIC COMPANY**
**Schedule of Outstanding Receivables**
**10/14/2019  - RUN DATE**

| JOB # | PROJECT/WORK DESCRIPTION | CUSTOMER NAME | Outstanding Amount | Retainage | Total |
|---|---|---|---|---|---|
| 20-11-2113 | VA HOSPITAL - MULTIPLE PROJECTS | ALEXANDER MECHANICAL CONTRACTORS | 22,004.00 | 1,671.00 | 23,675.00 |
| 19-10-0048 | SERVICE WORK | AMERICA ACADEMY OF FAMILY PHYS | 1,858.00 | | 1,858.00 |
| 20-26-2123 | ST LUKES S AMERICAN DIG HALLWAY | AMERICAN DIGITAL SECURITY LLC | 3,397.65 | | 3,397.65 |
| 17-07-0484 | AT&T 63RD ST SMALL JOBS | AT&T SERVICES INC - ARIBA | 11,740.00 | | 11,740.00 |
| 20-20-2019 | SERVICE WORK | BANK OF OKLAHOMA | 656.00 | | 656.00 |
| 20-20-2003 | SERVICE WORK | BINSWANGER GLASS | 358.31 | | 358.31 |
| 19-22-0040 | SERVICE WORK | BISHOP SPENCER PLACE INC | 12,675.00 | | 12,675.00 |
| 20-20-2025 | SERVICE WORK | BLACKFIN COMMERCIAL REAL ESTATE SER | 210.00 | | 210.00 |
| 20-11-2142 | BROGDEN MACHINE T&M | BROGDON MACHINE | 10,681.54 | | 10,681.54 |
| 19-16-0268 | KCMO NEIGHBROHOOD GROUP | BROWN & ROOT INDUSTRIAL SERVICES | 26,712.00 | | 26,712.00 |
| 19-22-0003 | SERVICE WORK | CBRE/SPRINT | 1,794.73 | | 1,794.73 |
| 19-08-0182 | NNSA MAINTENANCE | CENTERPOINT ZIMMER LC/NNSA | 138,489.01 | | 138,489.01 |
| 19-17-0309 | MULTIPLE PROJECTS | CENTRIC PROJECTS LLC | 83,250.33 | 15,925.10 | 99,175.43 |
| 20-26-2119 | ST LUKES SOUTH SPECTRUM HARDLI | CHARTER COMMUNICATIONS | 4,107.00 | | 4,107.00 |
| 19-10-0007 | SERVICE WORK | CHEESECAKE FACTORY INC; THE | 3,854.69 | | 3,854.69 |
| 20-24-2105 | PROJECT RIBEYE | CHOATE CONSTRUCTION | 321,668.28 | 35,740.92 | 357,409.20 |
| 17-18-0379 | LOEWS HOTEL/CONVENTION CTR | CITADEL ELECTRIC GROUP INC | 1,451,700.52 | 702,688.52 | 2,154,389.04 |
| 20-20-2010 | SERVICE WORK | CITY MARKET | 222.00 | | 222.00 |
| 20-20-2117 | CITY OF INDEP - SILVERSTEIN ARENA | CITY OF INDEPENDENCE | 43,300.00 | | 43,300.00 |
| 18-06-0397 | SERVICE WORK | CITY OF OLATHE | 22,772.38 | | 22,772.38 |
| 19-22-0004 | SERVICE WORK | COPAKEN BROOKS | 7,000.00 | | 7,000.00 |
| 20-20-2010 | SERVICE WORK | COSTCO WHOLESALE/#369 | 912.30 | | 912.30 |
| 20-20-2003 | SERVICE WORK | CWC | 2,164.47 | | 2,164.47 |
| 19-26-0335 | ST LUKES - MULTIPLE PROJECTS | DAVID E ROSS CONSTRUCTION CO | 93,829.25 | 15,374.53 | 109,203.78 |
| 19-14-0241 | MULTIPLE PROJECTS | DYE ELECTRIC, LLC | 25,232.00 | | 25,232.00 |
| 20-20-2003 | SERVICE WORK | EISENHOWER MOB, LLC | 449.00 | | 449.00 |
| 19-10-0034 | SERVICE WORK | ELECTRIC COMPANY OF OMAHA | 3,597.38 | | 3,597.38 |
| 20-20-2015 | SERVICE WORK | ENVIRONMENTAL MECHANICAL CNTRC INC | 339.37 | | 339.37 |
| 20-20-2019 | SERVICE WORK | EPA | 2,212.00 | | 2,212.00 |
| 20-20-2019 | SERVICE WORK | EXECUTIVE HILLS MANAGEMENT INC | 530.84 | | 530.84 |
| 20-20-2018 | SERVICE WORK | FACILITY SOLUTIONS GROUP | 24,710.00 | | 24,710.00 |
| 20-23-2108 | FEDERAL RESERVE ADS RELOCATION | FEDERAL RESERVE BANK BLDG | 25,382.02 | | 25,382.02 |
| 20-20-2018 | SERVICE WORK | FERRELLGAS | 15,713.49 | | 15,713.49 |
| 20-20-2003 | SERVICE WORK | GRI PRAIRIE VILLAGE | 962.25 | | 962.25 |
| 18-10-0235 | MULTIPLE PROJECTS | J E DUNN CONSTRUCTION COMPANY | 410,961.03 | 180,474.43 | 591,435.46 |
| 20-26-2051 | SERVICE WORK | JOSE RODRIGUEZ DDS | 432.00 | | 432.00 |
| 20-25-2129 | KC CHIEFS 2019 SEASON WORK | KANSAS CITY CHIEFS FOOTBALL CL | 6,905.00 | | 6,905.00 |
| 20-20-2003 | SERVICE WORK | KANSAS CITY KANSAS FIRE DEPARTMENT | 120.00 | | 120.00 |
| 20-20-2010 | SERVICE WORK | KANSAS CITY KANSAS PUBLIC SCHOOLS | 38,132.77 | | 38,132.77 |
| 18-16-0232 | KCMO PARKS & REC FIBER CAMERAS | KANSAS CITY MO PARKS & REC | 13,690.70 | | 13,690.70 |
| 18-11-0202 | MULTIPLE FACILITIES | KANSAS CITY POWER & LIGHT | 82,630.99 | | 82,630.99 |
| 19-25-0302 | KAUFFMAN STADIUM MISC WORK | Kansas City Royals | 16,616.33 | | 16,616.33 |
| 19-25-0295 | MULTIPLE PROJECTS | KELLY CONSTRUCTION GROUP INC | 108,505.50 | 23,967.28 | 132,472.78 |
| 20-20-2015 | SERVICE WORK | LABORERS LOCAL UNION 1290 | 146.00 | | 146.00 |
| 20-20-2010 | SERVICE WORK | LEXINGTON PLUMBING & HTG CO INC | 1,085.13 | | 1,085.13 |
| 20-20-2015 | SERVICE WORK | LOCH LLOYD HOME ASSOCIATION | 875.00 | | 875.00 |
| 20-04-2032 | SERVICE WORK | MC COWN GORDON CONSTRUCTION LLC | 10,112.77 | | 10,112.77 |
| 18-22-0040 | ST LUKES - SERVICE WORK | MCCARTHY CONSTRUCTION | 113,996.12 | 9,220.00 | 123,216.12 |
| 20-20-2004 | SERVICE WORK | MHC KENWORTH - KC | 1,086.46 | | 1,086.46 |
| 20-20-2010 | SERVICE WORK | MHC TRUCK LEASING KC | 316.61 | | 316.61 |
| 20-20-2003 | SERVICE WORK | MHC TRUCK SOURCE | 802.56 | | 802.56 |
| 20-20-2019 | SERVICE WORK | MIDWEST PALLET CO INC | 1,636.00 | | 1,636.00 |
| 20-25-2130 | ARROWHEAD STADIUM MAINTENANCE | MOBILITIE INVESTMENTS III, LLC | 73,960.32 | | 73,960.32 |
| 20-20-2003 | SERVICE WORK | NARTHEX PROPERTIES, LLC | 1,325.78 | | 1,325.78 |
| 19-14-0385 | MULTIPLE PROJECTS | NORTH KANSAS CITY ELEC CO. | 13,080.00 | | 13,080.00 |
| 19-26-0288 | SPRINT - LOEWS DAS SYSTEM INST | ON AIR SOLUTIONS, INC | 17,013.64 | | 17,013.64 |
| 19-06-0370 | MULTIPLE PROJECTS & SERVICE WORK | P1 GROUP, INC. | 59,425.83 | 3,895.51 | 63,321.34 |
| 19-11-0368 | COSTCO COOLERS | PACIFIC ENERGY CONCEPTS, LLC | 12,800.00 | | 12,800.00 |
| 20-20-2025 | MULTIPLE PROJECTS | PARIC CONSTRUCTION | 264,503.09 | 21,599.36 | 286,102.45 |
| 20-26-2132 | SERVICE WORK | PERSHING LOFTS | 404.10 | | 404.10 |
| 19-22-0020 | SERVICE WORK | POLICE ATHLETIC LEAGUE KCKS | 20,000.00 | | 20,000.00 |

**RF FISHER ELECTRIC COMPANY**
**Schedule of Outstanding Receivables**
**10/14/2019  - RUN DATE**

| JOB # | PROJECT/WORK DESCRIPTION | CUSTOMER NAME | Outstanding Amount | Retainage | Total |
|---|---|---|---|---|---|
| 19-06-0281 | 800AMP SERVICE UPGRADE | PRO METALS LLC | 17,779.68 | | 17,779.68 |
| 19-26-0328 | UNKNOWN ALLOCATION | R F FISHER ELECTRIC CO LLC | 28,552.30 | | 28,552.30 |
| 19-08-0352 | MULTIPLE PROJECTS | RAND CONST CO | 30,746.90 | | 30,746.90 |
| 20-20-2003 | SERVICE WORK | ROSEDALE DEVELOPMENT ASSOCIATION | 115.00 | | 115.00 |
| 20-20-2004 | MULTIPLE PROJECTS | SCHWEIGER CONSTRUCTION CO | 32,082.65 | 3,531.40 | 35,614.05 |
| 20-26-2145 | FEDERAL RESERVE BANK | SEIMENS | 2,443.68 | | 2,443.68 |
| 18-10-0264 | MULTIPLE PROJECTS | SIMPLEXGRINNELL LP | 21,611.50 | | 21,611.50 |
| 19-26-0351 | LOEWS HOTEL A-V PACKAGE | SKC COMMUNICATIONS | 35,255.93 | | 35,255.93 |
| | SERVICE WORK | SPENCER FANE, BRITT & BROWNE | 1,267.19 | | 1,267.19 |
| 19-06-0264 | SERVICE WORK | SPRINT CENTER | 7,602.35 | | 7,602.35 |
| 20-26-2048 | MULTIPLE PROJECTS & SERVICE WORK | ST LUKE'S HEALTH SYSTEM | 157,731.57 | 5,120.71 | 162,852.28 |
| 20-26-2051 | SERVICE WORK | ST LUKE'S MEDICAL PLAZA PARTNERS | 1,101.00 | | 1,101.00 |
| 20-26-2047 | SERVICE WORK | SURGICENTER OF KANSAS CITY | 1,327.58 | | 1,327.58 |
| 20-20-2003 | SERVICE WORK | THE SULGRAVE REGENCY | 1,751.08 | | 1,751.08 |
| 19-21-0359 | CMHK MECHANICAL IMPROVEMENTS | U S ENGINEERING CO | 20,599.73 | 10,795.98 | 31,395.71 |
| 20-20-2016 | MULTIPLE SERVICE WORK JOBS | UMB BANK | 146,263.88 | | 146,263.88 |
| 20-20-2016 | SERVICE WORK | UMB C/O MC REALTY GROUP | 199.32 | | 199.32 |
| 17-10-0457 | SERVICE WORK | UNIVERSITY OF KS HOSPITAL AUTHORITY | 9,745.00 | | 9,745.00 |
| 20-20-2003 | SERVICE WORK | USF HOLLAND INC | 1,229.23 | | 1,229.23 |
| 20-20-2004 | SERVICE WORK | WALDINGER CORPORATION | 5,695.84 | | 5,695.84 |
| 20-20-2004 | SERVICE WORK | WATTERSON | 222.00 | | 222.00 |
| 19-23-0184 | UCM UNION ADDTN RENO IFB19-004 | WESTPORT CONSTRUCTION | 39,536.09 | 36,508.43 | 76,044.52 |
| 19-22-0032 | SERVICE WORK | WL CASSELL & ASSOCIATES INC | 1,420.80 | | 1,420.80 |
| 19-16-0252 | MULTIPLE PROJECTS | YATES ELECTRIC CO INC | 25,139.00 | | 25,139.00 |
| 19-08-0332 | NNSA SAFETY LIGHTS | ZIMMER & COMPANY | 16,393.00 | | 16,393.00 |
| | | | 4,240,861.84 | 1,066,513.17 | 5,307,375.01 |

**EXHIBIT B**

**SCHEDULE OF RF FISHER OWNED VEHICLES**
**HELD BY RECEIVER**

| YR | MODEL | VIN | Plate If avail |
|----|-------|-----|----------------|
| 2007 | STERLING - FORD F800 | 2FZHATBS38AZ56995 | 392AKF |
| 2009 | Ford F-150 | 1FTRF128X9KB83343 | 154KDC |
| 2009 | Ford F-150 | 1FTRF12819KB83456 | |
| 2011 | Ford F-150 | 1FTNF1CF9BKD32536 | 778JBK |
| 2012 | Ford F-150 | 1FTNF1CF2CKD80526 | 534LVJ |
| 2013 | Ford F-550 | 1FDUF5GTODEB10807 | 602721 |
| 2013 | Ford F-150 XL | 1FTFW1CF9DFA17767 | 478LVJ |
| 2013 | Ford F-150 | 1FTNF1CF3DKE65960 | 126FXA |
| 2013 | Ford F-150 | 1FTEX1CM7DFE04650 | 533LZD |
| 2013 | Ford F-150 | 1FTNF1CF3DKE46809 | |
| 2014 | Ford F-350  E350 SE | 1FDWE3FL2EDA12452 | 132LZJ |
| 2014 | Ford F-150 | 1FTNF1CF6DKG28777 | 108LZJ |
| 2014 | Chev G3500 Van | 1GCZGTCG5E1154470 | |
| 2011 | Ford F-350 Flatbed | 1FD8X3HT2BEA42668 | |

10

**EXHIBIT C**

**RF FISHER IN RECEIVERSHIP FINANCIAL BALANCE SHEET
AS OF OCTOBER 31, 2019**

CORE/3000603.0079/154738167.1

12:56 PM

11/26/19

Cash Basis

# RF Fisher Electric Company LLC in Receivership
## Balance Sheet
### As of October 31, 2019

|  | Oct 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 291 - BMW Operating Account | 222,283.53 |
| **Total Checking/Savings** | 222,283.53 |
| **Other Current Assets** | |
| Paid Retainers | 2,000.00 |
| **Total Other Current Assets** | 2,000.00 |
| **Total Current Assets** | 224,283.53 |
| **TOTAL ASSETS** | 224,283.53 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Funding Requests | 12,116.01 |
| **Total Other Current Liabilities** | 12,116.01 |
| **Total Current Liabilities** | 12,116.01 |
| **Total Liabilities** | 12,116.01 |
| **Equity** | |
| Net Income | 212,167.52 |
| **Total Equity** | 212,167.52 |
| **TOTAL LIABILITIES & EQUITY** | 224,283.53 |

**EXHIBIT D**

**RF FISHER IN RECEIVERSHIP INCOME STATEMENT
AS OF OCTOBER 31, 2019**

12

12:55 PM

11/26/19

**Cash Basis**

# RF Fisher Electric Company LLC in Receivership
## Profit & Loss YTD Comparison
### October 2019

|  | Oct 19 | Jan - Oct 19 |
|---|---|---|
| **Income** | | |
| **Customer Payments** | 257,946.81 | 257,946.81 |
| **Miscellaneous Income** | 203.00 | 203.00 |
| **Total Income** | 258,149.81 | 258,149.81 |
| **Expense** | | |
| **Auto Expense** | 6,506.11 | 6,506.11 |
| **Bank Fees** | 22.00 | 22.00 |
| **Computer Expenses** | 0.00 | 0.00 |
| **Contract Labor** | 14,908.75 | 14,908.75 |
| **Insurance Expense** | 9,370.88 | 9,370.88 |
| **Legal Fees** | 10,290.00 | 10,290.00 |
| **Locksmith Services** | 818.13 | 818.13 |
| **Professional Fees** | 0.00 | 0.00 |
| **Storage Rent** | 3,375.00 | 3,375.00 |
| **Utilities** | | |
| **Water** | 63.52 | 63.52 |
| **Utilities - Other** | 627.90 | 627.90 |
| **Total Utilities** | 691.42 | 691.42 |
| **Total Expense** | 45,982.29 | 45,982.29 |
| **Net Income** | 212,167.52 | 212,167.52 |

**EXHIBIT E**

**RECEIVER INVOICES
FOR SEPTEMBER & OCTOBER 2019**

13

# CORDES
### CORDES&COMPANY

**INVOICE**

| | |
|---|---|
| Invoice Date: | 09/30/19 |
| Total Amount: | $22,613.34 |
| Number: | 19-19---03424 |
| Invoice Period: | 09/01/19 - 09/30/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE SUMMARY

| Description | Amount |
|---|---|
| B. Blank. | $217.00 |
| D. Davis. | $90.00 |
| M. Staheli. | $18,358.00 |
| Mileage. | $69.60 |
| Other Expense. | $140.51 |
| Travel - Air. | $2,045.83 |
| Travel - Car Rental. | $739.62 |
| Travel - Lodging. | $922.26 |
| Travel - Other. | $30.52 |
| **TOTAL AMOUNT DUE** | **$22,613.34** |

Remit payment to:
Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

Thank you for your business!



**INVOICE**

| | |
|---|---|
| Invoice Date: | 09/30/19 |
| Total Amount: | $22,613.34 |
| Number: | 19-19---03424 |
| Invoice Period: | 09/01/19 - 09/30/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| **Professional Fees** | | | | | |
| 09/17/19 | M. Staheli | Travel to KC and meet with Mike Balsbaugh. Collect and review available information.  Call with Mark Kratzburg, IT consultant, re shutting down system.  Call with Jon Garner, warehouse manager, re access and assets.  Call with former employee & Andrew Muller.  Attend to engagement planning. | 9.00 | $335.00 | $3,015.00 |
| 09/18/19 | M. Staheli | Mtg with Jon Carson @ warehouse & take pictures.  Conf call with Michael Beaver, et al. re financial assets.  Inspect offices & take pictures.  Mtgs with Mark Kratzburg, Stacy Ryan and Richard Stone.  Collect contents of PO Box ($200k approx).  Calls with Kenton Bros locksmith.  Mtg with NHB Bank to hand off keys, etc.  incl allocation of travel time. | 9.00 | $335.00 | $3,015.00 |
| 09/23/19 | M. Staheli | Preparation for trip to KC and allocation of travel time.  Call with Mark One owner. | 4.50 | $335.00 | $1,507.50 |
| 09/24/19 | M. Staheli | Retrieve keys from locksmith.  Meet with Mike Balsbaugh and inspect office and warehouse with him.  Work at warehouse on takeover matters including calls with:  insurance agency; credit card companies; Barbara Wikerson; Ed Allen; Stu Schilling; Ford Motor Credit.  Take inventory of vehicles in possession. | 7.80 | $335.00 | $2,613.00 |
| 09/24/19 | D. Davis | Contact A. Pasque to order Bond, work with A. Muller on questions regarding appointment. With B. Blank regarding receivership. Update receiver files. | 1.00 | $75.00 | $75.00 |
| 09/24/19 | B. Blank | Email correspondence with M Staheli, D Davis and others to obtain old EIN, attempt to obtain new receivership EIN, email correspondence with V Miller to establish bank account for Fisher Electric, forward information re same, work on obtaining signatures for same | 0.90 | $155.00 | $139.50 |
| 09/25/19 | D. Davis | Email exchanges with S. Ramirez and A. Muller regarding receivership documents, update receiver files, discussions with M. Staheli and B. Blank on signature cards. | 0.20 | $75.00 | $15.00 |

Offices in Colorado, Minnesota and California



**INVOICE**

| | |
|---|---|
| Invoice Date: | 09/30/19 |
| Total Amount: | $22,613.34 |
| Number: | 19-19---03424 |
| Invoice Period: | 09/01/19 - 09/30/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 09/25/19 | M. Staheli | Continue work on takeover of assets, including: review of all files related to vehicles; inspection of assets; meeting with Andrew Muller at his office; supervise the retrieval of light poles by City of Kansas City; call with Mike Tamburini, construction litigator; call with NBH Bank re status of findings. | 8.90 | $335.00 | $2,981.50 |
| 09/26/19 | M. Staheli | Attend to cleanout of third-party property and vehicles at warehouse.  Continued review of company files, mail.  Close out post office box and forward mail to Cordes office. With Barbara Wilkerson re data retrieval for asset list.  With Mark Katzburg to provide Barbara with remote access.  Attend to other takeover items, including insurance and utilities and padlocks.  Allocation for some travel back to Denver. | 9.00 | $335.00 | $3,015.00 |
| 09/27/19 | M. Staheli | Work on recovery of asset list, including calls with M Balsbaugh.  With Mark Kratzburg re remote access to system.  Attend to delinquent insurance premium and correspond with broker for rectification.  Assemble request for funds.  Coordinate meeting with Mike Tamburini for next week's visit. | 4.10 | $335.00 | $1,373.50 |
| 09/30/19 | M. Staheli | Review company digital files on server. Review Loews information on current receivable.  Call with M Balsbaugh re accounts receivable.  Pursue Susan Hult contact info, including call with brother.  Preparation for trip, including travel logistics.  Engagement administration. | 2.50 | $335.00 | $837.50 |
| 09/30/19 | B. Blank | Finalize new account paperwork and forward to NBH Bank, process checks for deposit, prepare overnight delivery of same | 0.50 | $155.00 | $77.50 |
| | | **Professional Fees** | **57.40** | | **$18,665.00** |

**Reimbursable Expenses**

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/19 | Mileage | to/from DIA for KC trip (9/17-18) | 60.00 | $0.58 | $34.80 |
| 09/18/19 | Travel - Car Rental | Fuel for rental car (KC) | -- | $0.00 | $26.10 |



**INVOICE**

| | |
|---|---|
| Invoice Date: | 09/30/19 |
| Total Amount: | $22,613.34 |
| Number: | 19-19---03424 |
| Invoice Period: | 09/01/19 - 09/30/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 09/18/19 | Travel - Lodging | Hampton Inn, KC (9/17-18) | -- | $0.00 | $262.29 |
| 09/18/19 | Travel - Air | Southwest Airlines - KC trip (9/17-18) | -- | $0.00 | $759.96 |
| 09/18/19 | Travel - Car Rental | Hotwire - car rental (KC trip 9/17-18), $131.60, plus 18.00 in insurance from Allianz Travel Ins. | -- | $0.00 | $149.60 |
| 09/18/19 | Travel - Other | Wally Park (DIA Parking) 9/17-18 | -- | $0.00 | $30.52 |
| 09/26/19 | Travel - Air | United DEN to KC - 9/23-26 | -- | $0.00 | $754.60 |
| 09/26/19 | Travel - Lodging | Spring Hill Suites (KC) 9/23 to 9/26 | -- | $0.00 | $659.97 |
| 09/26/19 | Travel - Car Rental | Dollar Rental Car in KC - 9/23 to 9/26 | -- | $0.00 | $348.88 |
| 09/26/19 | Travel - Air | Wally Park (DIA) 9/23- 9/26 | -- | $0.00 | $59.28 |
| 09/26/19 | Other Expense | Strasser True Value Hardware - Locks for buildings & storage yard | 140.51 | $1.00 | $140.51 |
| 09/26/19 | Travel - Car Rental | QuikTrip - fuel for rental car (9/26) | -- | $0.00 | $27.66 |
| 09/26/19 | Mileage | To/from DIA via tollroads (9/23-26 trip to KC) | 60.00 | $0.58 | $34.80 |
| 09/30/19 | Travel - Air | United DEN to KC - 10/1 - 10/3 | -- | $0.00 | $329.60 |
| 09/30/19 | Travel - Car Rental | Hotwire.com - Alamo car in KC - 10/1-10/3, $160.38 plus 27.00 in insurance from Allianz Travel | -- | $0.00 | $187.38 |
| 09/30/19 | Travel - Air | Frontier Airlines DEN to KC (10/7 - 10/9) | -- | $0.00 | $142.39 |
| | | **Reimbursable Expenses** | **260.51** | | **$3,948.34** |
| | | **TOTAL FEES/EXPENSES** | -- | | **$22,613.34** |

Offices in Colorado, Minnesota and California



**INVOICE**

| | |
|---|---:|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE SUMMARY

| Description | Amount |
|---|---:|
| B. Blank. | $1,736.00 |
| D. Davis. | $2,242.50 |
| M. Staheli. | $48,407.50 |
| Copies/Postage/Supplies. | $302.42 |
| Mileage. | $139.20 |
| Other Expense. | $3,361.90 |
| Travel - Air. | $1,225.80 |
| Travel - Car Rental. | $1,037.49 |
| Travel - Lodging. | $1,461.53 |
| Travel - Meals. | $29.74 |
| Travel - Other. | $167.86 |
| **TOTAL AMOUNT DUE** | **$60,111.94** |

Remit payment to:
Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

Thank you for your business!



**INVOICE**

| | |
|---|---|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| **Professional Fees** | | | | | |
| 10/01/19 | B. Blank | Phone call with M Staheli re insurance to be paid, additional invoices to be paid, with NBH, work to gain online access | 0.40 | $155.00 | $62.00 |
| 10/01/19 | M. Staheli | In KC: meet with Susan Hult re collection of A/R; meet with Mike Tamburini re legal representation and case planning actions needed.  Calls with M Balsbaugh and B Blank re information.  Attend to misc emails & mail. | 8.20 | $335.00 | $2,747.00 |
| 10/02/19 | M. Staheli | Attend to:  call with Speedway project manager re trucks and trailer; conf call with bank re A/R; call with legal counsel re numerous legal issues; pick up truck & trailer at Speedway; IT issues in getting Susan Hult plugged into system; task list for Hult and Wilkerson; store trailer at warehouse; training for Hult; visit to bank to sign ACH authorization. | 7.80 | $335.00 | $2,613.00 |
| 10/02/19 | B. Blank | With NBH Bank, work to obtain online access, email correspondence with M Staheli re funding of account, phone call to Travelers insurance to pay premium due, establish accounting system and check printing | 0.50 | $155.00 | $77.50 |
| 10/03/19 | B. Blank | Verify funds in the account, prepare wiring instructions forward same to M Staheli, record accounts payable, generate check, finalize payments to vendors | 1.10 | $155.00 | $170.50 |
| 10/03/19 | M. Staheli | Attend to takeover activities: call re KCP&L re Hawthorne station personal property; Theresa Overfield recruiting; Ed Allen recruiting; vehicle retrieval; project site visits (Ribeye & KCP&L Hawthorne); draft memo to NBH re status of collections; Ford Motor Credit, etc. Allocation for travel time to Denver. | 9.50 | $335.00 | $3,182.50 |
| 10/04/19 | M. Staheli | Attend to call with Theresa Overfield and misc correspondence.  Call with Mike Balsbaugh. Work on customer payment demand letter with attorney. | 1.30 | $335.00 | $435.50 |

Offices in Colorado, Minnesota and California



**INVOICE**

| | |
|---|---:|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/19 | M. Staheli | Call with legal counsel and NBH re collections. Prepare for trip, including response to emails, signing misc documents, call with project managers Steve King and Max Galloway. Allowance for travel time. | 5.50 | $335.00 | $1,842.50 |
| 10/07/19 | D. Davis | Process vendor notification letters. | 1.80 | $75.00 | $135.00 |
| 10/08/19 | D. Davis | Work on collections. Finalize vendor mailing. | 2.00 | $75.00 | $150.00 |
| 10/08/19 | M. Staheli | Onsite:  meetings with S Hult re collections; B Wilkerson re AR entry and needed info; NBH auditors; M Tamburini / S Mecham re litigation & collections.  Warehouse:  check out dropped off vehicles.  Onsite inspection of KC Art Institute personal property.  Calls with misc employees / contractors / etc.  Work on insurance including vehicle check list & general liability insurance. | 8.60 | $335.00 | $2,881.00 |
| 10/08/19 | B. Blank | Email correspondence with M Staheli re invoices to pay | 0.10 | $155.00 | $15.50 |
| 10/09/19 | B. Blank | Email correspondence with M Staheli re vendor invoices that were paid, discussion with D Davis re vendor payables, work with NBH Bank to establish remote deposit capabilities, record accounts payable, generate check, process checks for deposit, prepare overnight delivery | 0.70 | $155.00 | $108.50 |
| 10/09/19 | M. Staheli | Onsite: with NBH auditors re progress on audit; with S Hult re: collections; calls with contractors, attorneys and customers. Warehouse:  with Ford Credit re re-possession of trucks and removal of personal property; accumulate more keys from keybox and check for additional working keys; arrange some inventory/equip.  Visit jobsites to inspect for equipment and meet with project SIs:  Saltgrass, Emmanuel CDC; Brogdon Machinery. Allocation for some travel time. | 9.00 | $335.00 | $3,015.00 |
| 10/09/19 | D. Davis | With with S. Hult on collections; call with C. Rupe on moneys owed.  Call with Waste Management - unable to assist.  Discussions with B. Blank on project. Process credit card payments (numerous collections). | 1.50 | $75.00 | $112.50 |



**INVOICE**

| | |
|---|---|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/19 | D. Davis | Letter to Bank of Labor to freeze all accounts associated with Defendants. | 0.70 | $75.00 | $52.50 |
| 10/10/19 | D. Davis | Lengthy call with Waste Management Corporate office to attempt to get account put into Receiver's name. In receipt of updated paperwork; with M. Staheli regarding same. Work with S. Hult to obtain account information for dumpster location. | 1.20 | $75.00 | $90.00 |
| 10/10/19 | D. Davis | Call with Commerce Bank regarding Saint Luke invoices and payments via credit card processing.  Continue work on vendor payment processing.  Work with S. Hult regarding same. | 0.50 | $75.00 | $37.50 |
| 10/10/19 | M. Staheli | Call with M Balsbaugh (NBH Bank) re status of work.  Calls with Max Gallaway re car and RFF personal property at Emmanuel job.  Call with Steve King re Loews job and needed assistance.  Attend to Brogdon receivable.  Additional research on vehicles needing insurance and send list to insurance agent.  Research auction houses. | 5.10 | $335.00 | $1,708.50 |
| 10/10/19 | B. Blank | Establish vendors in system, record accounts payable, generate checks, record deposits | 0.30 | $155.00 | $46.50 |
| 10/11/19 | B. Blank | Verify deposits into C&C account for credit card deposits, generate check for same, process checks for deposit, with D Davis discussion re monthly credit card charge fees, establish worksheet for same | 0.50 | $155.00 | $77.50 |
| 10/11/19 | M. Staheli | Calls with Steve King re Emmanuel and Loews projects.  Assemble independent contractor agreement for S King and forward.  Call with Enterprise re vehicles repossession.  Work on Brogdon invoice & correspondence.  Frequent interaction with Hult and Wilkerson re A/P, A/R and billings.  Call with M Tamburini re collections.  Review & approve notice letter and NDA for union audit.  Attend to travel logistics. | 3.90 | $335.00 | $1,306.50 |
| 10/14/19 | D. Davis | Prepare for collection mailing project. | 0.50 | $75.00 | $37.50 |



**INVOICE**

| | |
|---|---:|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/19 | M. Staheli | Attend to calls & emails from vendors re notification letter.  Work on collections letter and related schedules.  Attend to vehicle & liability insurance issues.  Call/email with Enterprise re leased vehicles.  Call from interested buyer for assets.  Review/sign NDA with Union.  Finalize Stephen King IC Agreement and process payment. | 4.20 | $335.00 | $1,407.00 |
| 10/14/19 | B. Blank | Research for credit card charges to be deposited, discussion with M Staheli re same, record accounts payable, generate check re same, record accounts payable, generate checks | 0.60 | $155.00 | $93.00 |
| 10/15/19 | B. Blank | Process checks for deposit | 0.40 | $155.00 | $62.00 |
| 10/15/19 | M. Staheli | Meetings with:  Labor Union auditors & attorneys re unpaid wages/benefits; Gavin Seeley; Danny King re recovery of truck.  Attend to misc correspondence and calls.  Stowe truck & equipment from Saltgrass job received from Danny King.  Allocation for travel from Denver | 9.00 | $335.00 | $3,015.00 |
| 10/15/19 | D. Davis | Work with S. Hult and Barb on collections.  Begin project; continue document updates. | 2.00 | $75.00 | $150.00 |
| 10/16/19 | D. Davis | Collection project; assorted discussion with S. Hult. | 2.50 | $75.00 | $187.50 |
| 10/16/19 | M. Staheli | Refine collections demand letter and related schedules with S Hult & D Davis.  Attend to calls / emails from unsecured creditors.  Calls with Danny Holenberg and Jay Raymore re mini excavators.  Meet with Rick Newfield & Quinton (auditor) from NHB / Bank Midwest.  Extended meeting with S King re Loews.  Attend to misc correspondence and admin items. | 6.80 | $335.00 | $2,278.00 |
| 10/17/19 | M. Staheli | Engage Jay York & Travis Williams. | 10.50 | $335.00 | $3,517.50 |
| 10/17/19 | D. Davis | Collection project continued; work with S. Hult.  Arrange pickup of coffee system by Necco. | 3.00 | $75.00 | $225.00 |
| 10/18/19 | D. Davis | Complete mailing, update Dropbox folders. | 4.10 | $75.00 | $307.50 |
| 10/18/19 | B. Blank | Research banking activity, record transactions | 0.90 | $155.00 | $139.50 |



**INVOICE**

| | |
|---|---|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/21/19 | M. Staheli | Attend to: vehicle insurance needs; correspondence & calls with vendors/suppliers; call with Leo Rieke re storage yard; call with Max Galloway re assistance; call with Terracon re inspection; review property tax assessments; review Oldham Auctions proposal; go through mail from PO Box. | 5.10 | $335.00 | $1,708.50 |
| 10/21/19 | B. Blank | Record accounts payable, generate checks | 0.20 | $155.00 | $31.00 |
| 10/21/19 | D. Davis | With C. Lynn regarding cancellation of storage facility. Call Public Storage to cancel storage unit; directed to come to unit to cancel. | 0.30 | $75.00 | $22.50 |
| 10/22/19 | D. Davis | Log, update and forward payment information to S. Hult. To public storage to cancel unit rental, confirmation regarding same. | 0.70 | $75.00 | $52.50 |
| 10/22/19 | B. Blank | Record accounts payable, generate check, process checks for deposit | 0.40 | $155.00 | $62.00 |
| 10/22/19 | M. Staheli | Call with Dept of Utilities re power shutoff at office. Attend to calls and emails re: collections, supplier payables, legalities. Call with Jay York re coordination of equipment gathering. | 2.20 | $335.00 | $737.00 |
| 10/23/19 | M. Staheli | Trip to KC. Meet with S Hult re collections. Attend to multiple collections issues and correspondence. Call with M Balsbaugh re status. With Travis W & Jay Y re recovery of assets. With Enterprise re transfer of vehicles. Tour both real properties with Terracon for environmental report inspections. Call with Craig Levy re collections. Call with prospective real estate buyer. | 8.50 | $335.00 | $2,847.50 |
| 10/23/19 | B. Blank | Forward deposit information to M Staheli, record accounts payable, generate check, with D Davis research utility payments, forward copies of same to D Davis | 0.50 | $155.00 | $77.50 |
| 10/23/19 | D. Davis | Assorted calls and emails with S. Hult. Discussions with M. Staheli on vendor accounts. Work on vendor and creditor account closures and notifications. Sort mail and update files. | 1.50 | $75.00 | $112.50 |



**INVOICE**

| | |
|---|---|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/24/19 | M. Staheli | With KCP&L re invoices & personal property. Retrieve property from Hawthorne.  Attend to multiple billing, receivable, collections issues.  Calls with former RF Fisher employees for recovery.  Mtg with Richard Stock re finalization of Zimmer accounts.  Mtg with prospective office bldg buyer.  Misc correspondence & project files. | 9.10 | $335.00 | $3,048.50 |
| 10/24/19 | D. Davis | Account work to close and make notification calls, with S. Hult.  Lengthy and numerous calls. | 2.00 | $75.00 | $150.00 |
| 10/25/19 | D. Davis | Calls, emails, faxes (Kansas City Gas, AT&T, John Deere, KC Water, Spire) continued attempts on account changes and closures. | 2.30 | $75.00 | $172.50 |
| 10/25/19 | M. Staheli | Mtg with Leo Rieke for procurement of equipment storage yard.  Calls to misc project managers & contractor superintendents for removal of property.   Meet and instruct Travis and Jay about jobs / procedures for property removal.  Oversee cleanout of office building.  Work on collections activities.  Allocation for some travel time. | 8.40 | $335.00 | $2,814.00 |
| 10/25/19 | B. Blank | Process checks for deposit | 0.20 | $155.00 | $31.00 |
| 10/28/19 | M. Staheli | Work on collections, invoice approval, staff hours reports and documentation of travel related expenses.  Call with customers re personal property. | 3.90 | $335.00 | $1,306.50 |
| 10/28/19 | B. Blank | Calculate payments for contracted labor, record same, research payments received vs log kept by S Hult | 1.50 | $155.00 | $232.50 |
| 10/28/19 | D. Davis | Work with M. Staheli and S. Hult on account setup and employee paperwork.  Review mail received, discussion with M. Staheli regarding same.  Numerous discussions with AT&T in attempts to get accounts closed. | 1.60 | $75.00 | $120.00 |
| 10/29/19 | D. Davis | Work with vendors on receiver account changes at both locations. | 1.70 | $75.00 | $127.50 |



**CORDES & COMPANY**

**INVOICE**

| | |
|---|---|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/19 | B. Blank | Email correspondence and phone call with D Davis re checks needed, invoices to be paid, email correspondence with M Staheli and S Hult re ACH deposits, email correspondence with S Hult re payments received, research same, with D Davis work to generate checks, research deposits compared to check log from S Hult | 1.50 | $155.00 | $232.50 |
| 10/29/19 | M. Staheli | Call with Casey Walsh re recovery of trucks/equipment. Attend to power termination at 3033 Roanoke and payment of invoices from independent contractors. Attend to collection efforts & misc correspondence. Prep for trip tomorrow. | 1.50 | $335.00 | $502.50 |
| 10/30/19 | M. Staheli | Work in KC: collections, facilities clean out, collection of physical property, calls with ex RFF people, inspect warehouse, status report to NBH. Allocation for some travel time. | 10.00 | $335.00 | $3,350.00 |
| 10/30/19 | B. Blank | Email correspondence with S Hult re invoices paid by original checks received, record accounts payable, generate check, email correspondence and phone call with S Hult re duplicate payment received, research deposits into the bank account, forward same to M Staheli | 0.90 | $155.00 | $139.50 |
| 10/31/19 | B. Blank | Research for W9 for vendor, process checks for deposit | 0.50 | $155.00 | $77.50 |
| 10/31/19 | M. Staheli | Calls with the following parties related to collections, payables and recovery of assets: Jay Travis, Keegan Monahan, Welder's Supply, Troy Yates, Teresa Gray (Sprint), Phil Leibwitz, Robert Mayo and Shane Mecham. Work on Yates receivable & lien releases. Sale of truck to Phil Leibwitz. Allocation for travel time. | 6.40 | $335.00 | $2,144.00 |
| | | **Professional Fees** | **185.60** | | **$52,386.00** |

**Reimbursable Expenses**

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/19 | Travel - Car Rental | Hotwire - rental car + insurance, KC MO (10/3 - 5) | -- | $0.00 | $187.38 |

Offices in Colorado, Minnesota and California



**INVOICE**

| | |
|---|---|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/04/19 | Travel - Other | Wally Park - DIA Parking (10/1 - 10/3) | -- | $0.00 | $45.78 |
| 10/04/19 | Travel - Car Rental | Rental Car Fuel - KCI Car Center | -- | $0.00 | $37.04 |
| 10/04/19 | Travel - Lodging | Springhill Suites, KC (10/1 - 10/3) | -- | $0.00 | $378.75 |
| 10/04/19 | Mileage | To/from DIA for KC trip (each week for 4 weeks) | 240.00 | $0.58 | $139.20 |
| 10/08/19 | Travel - Air | United DEN to MCI (10/15-10/17) | -- | $0.00 | $376.60 |
| 10/10/19 | Travel - Lodging | Springhill Suites, KC MO (10/7-9) | -- | $0.00 | $352.26 |
| 10/10/19 | Travel - Other | Wally Park - DIA (10/7-9) | -- | $0.00 | $45.78 |
| 10/10/19 | Travel - Car Rental | Hotwire.com - Thrifty Car Rental (10/7 - 10/9) + Allianz Ins. | -- | $0.00 | $166.78 |
| 10/10/19 | Travel - Car Rental | QuickTrip - Fuel, KS ($14.26) and KCI Care Care - Fuel ($4.07) | -- | $0.00 | $18.33 |
| 10/11/19 | Travel - Car Rental | QT - Fuel for Rental Car (KC MO) | -- | $0.00 | $14.36 |
| 10/12/19 | Travel - Car Rental | Priceline.com - Car Rental w Thirfty (10/15 - 10/17) - $137.50 + Thrifty Car tax ($56.53) + Allianz Ins ($39) | -- | $0.00 | $233.03 |
| 10/16/19 | Travel - Air | Southwest Airlines - DEN-KCI (10/23-25) | -- | $0.00 | $299.96 |
| 10/17/19 | Travel - Lodging | Springhill Suites, KC (10/15-17) | -- | $0.00 | $374.26 |
| 10/17/19 | Other Expense | Strasser True Value - trailer hitch w ball & receiver pin. | 79.64 | $1.00 | $79.64 |
| 10/17/19 | Travel - Car Rental | Shell - fuel for rental car | -- | $0.00 | $29.11 |
| 10/23/19 | Travel - Air | United Airlines - OW MCI to DEN on 10/31 | -- | $0.00 | $248.30 |
| 10/23/19 | Travel - Air | Southwest - OW DEN to MCI on 10/30 | -- | $0.00 | $116.98 |
| 10/23/19 | Other Expense | Sinclair - Fuel for F-350 truck | 85.92 | $1.00 | $85.92 |
| 10/25/19 | Other Expense | Strasser True Value Hardware -- trash bags 10/25/19 | 21.81 | $1.00 | $21.81 |
| 10/25/19 | Other Expense | O'Reilly Auto Parts - fuel filter for Ford F-350 diesel truck | 90.55 | $1.00 | $90.55 |



**INVOICE**

| | |
|---|---:|
| Invoice Date: | 10/31/19 |
| Total Amount: | $60,111.94 |
| Number: | 19-19---03518 |
| Invoice Period: | 10/01/19 - 10/31/19 |
| Engagement: | Fisher Electric |

**R.F. Fisher Electric Company LLC in Receivership**
c/o Cordes & Company
5299 DTC Blvd, Suite 600
Greenwood Village, CO 80111

## INVOICE DETAILS

| Date | Code | Description | Hrs / Qnt | Rate | Amount |
|---|---|---|---|---|---|
| 10/25/19 | Other Expense | Sinclair - Diesel fuel F-350 truck for retrieval of PProp | 24.69 | $1.00 | $24.69 |
| 10/25/19 | Travel - Lodging | SpringHill Suites - KC MO (10/23-25) | -- | $0.00 | $356.26 |
| 10/25/19 | Travel - Car Rental | KCI Car Center - fuel for rental car (10/25) | -- | $0.00 | $11.22 |
| 10/25/19 | Travel - Other | Wally Park - DIA parking (10/23-25) | -- | $0.00 | $45.78 |
| 10/25/19 | Travel - Meals | Bo Lings - KC, MO | -- | $0.00 | $29.74 |
| 10/25/19 | Other Expense | Dumpster Budget - 1707 W 39th Ave trash disposal | 400.00 | $1.00 | $400.00 |
| 10/25/19 | Other Expense | Google Fiber - maintain service | 130.00 | $1.00 | $130.00 |
| 10/28/19 | Other Expense | Progressive Insurance - 9 trucks for RF Fisher Receivership - 1st installment | 1,976.88 | $1.00 | $1,976.88 |
| 10/28/19 | Travel - Air | Southwest Airlines - DEN - KC trip (11/6-9) | -- | $0.00 | $183.96 |
| 10/28/19 | Travel - Car Rental | Payless Car Rental - KCI - 10/23 - 10/25 ($170.47) + Allianz Travel Ins for car ($36) | -- | $0.00 | $206.47 |
| 10/29/19 | Other Expense | Budget Dumpster - 30 yard dumpster for office building clean out. | 467.00 | $1.00 | $467.00 |
| 10/30/19 | Copies/Postage/Supplies | FedEx Invoice 6-777-35958 | -- | $0.00 | $133.02 |
| 10/31/19 | Copies/Postage/Supplies | | -- | $0.00 | $169.40 |
| 10/31/19 | Travel - Car Rental | Thrifty Rent a Car - KC ($107.43) + Allanz Ins ($18) | -- | $0.00 | $125.43 |
| 10/31/19 | Other Expense | Sinclair - Fuel for Work Truck | 85.41 | $1.00 | $85.41 |
| 10/31/19 | Travel - Car Rental | KCI Car Center - rental car | -- | $0.00 | $8.34 |
| 10/31/19 | Travel - Other | Wally Park - DIA Parking | -- | $0.00 | $30.52 |
| | **Reimbursable Expenses** | | **3,601.90** | | **$7,725.94** |
| | **TOTAL FEES/EXPENSES** | | **--** | | **$60,111.94** |

Offices in Colorado, Minnesota and California