IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| BANK MIDWEST, A DIVISION OF NBH BANK, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-02560 |
| v. | ) ) | |
| R. F. FISHER ELECTRIC COMPANY, LLC; R. F. FISHER HOLDINGS, INC.; AND G & G LEASING, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

**WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL**

Andrew W. Muller of the law firm Stinson LLP hereby withdraws his appearance as counsel of record for Plaintiff Bank Midwest, a Division of NBH Bank, in the above-referenced matter. Nicholas Zluticky of the law firm Stinson LLP enters his appearance as substitute counsel on behalf of Plaintiff Bank Midwest, a Division of NBH Bank. Mr. Muller personally discussed this substitution of counsel with a representative of Bank Midwest.

STINSON LLP

/s/ Nicholas Zluticky
Nicholas Zluticky, KS # 23935
/s/ Andrew W. Muller
Andrew W. Muller, KS #25915
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 691-3278 – Telephone
Nicholas.zluticky@stinson.com
Andrew.muller@stinson.com

ATTORNEYS FOR BANK MIDWEST, a division of NBH BANK

1